

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00402-CR

MUQTASID ABDUL QADIR                                                    APPELLANT

V.

THE STATE OF TEXAS                                                          STATE

----------

### FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 0591998D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Muqtasid Abdul Qadir attempts to appeal from a yet-to-be-made ruling on what he calls his "Compulsory Counterclaim in the form of Writ in Replevin, Plaint in Replevin, Declaration in Replevin, Bond in Replevin, and Affidavit in Support." On October 27, 2016, this court sent Qadir a letter informing him of our concern that we lacked jurisdiction over the appeal because

---

[1]See Tex. R. App. P. 47.4.

the trial court had not entered any appealable orders and because we generally have jurisdiction to consider an appeal in a criminal case only from a judgment of conviction. *See* Tex. R. App. P. 26.2(a)(1); *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). We informed Qadir that unless he or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal by November 7, 2016, we would dismiss the appeal for want of jurisdiction.

Qadir filed a response, but it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: November 23, 2016

2